# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

Rehearing No. 571

137500

ANDRE BEZEAU,
   Plaintiff-Appellant,

v

          SC: 137500
          COA: 285593
          WCAC: 03-000101

PALACE SPORTS & ENTERTAINMENT, INC.,
   Defendant-Appellee.

_____/

On order of the Court, the motion for rehearing is considered, and it is DENIED.

YOUNG, J., would grant rehearing and reverse the decision of the Court of Appeals for the reasons set forth in his dissenting opinion in this case, 487 Mich ___ (2010).

CORRIGAN and MARKMAN, JJ., join the statement of YOUNG, J.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2010

Clerk